IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN DERR, JEFF DERR,<br><br>               Plaintiffs,<br><br>    vs.<br><br>TMC TRANSPORTATION, BOBBY GROVE,  ANNETT HOLDINGS, Inc.;<br><br>               Defendants. | 4:13CV3078<br><br>ORDER |

IT IS ORDERED:

1)     The motion to withdraw filed by Daniel H. Friedman, as counsel of record for Plaintiff Jeff Derr, (filing no. 36), is granted.

2)     On or before May 23, 2014, Plaintiff Jeff Derr shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel.  The failure to do so may result in a dismissal of Plaintiff Jeff Derr's claims without further notice.

3)     The clerk shall mail a copy of this order to Plaintiff Jeff Derr at:

        Jeff Derr
        305 6th Street
        Boelus, NE 68820

   May 5, 2014.

                                                                                            BY THE COURT:

                                                                                            *s/ Cheryl R. Zwart*
                                                                                            United States Magistrate Judge