IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN DERR, JEFF DERR, | ) | 4:13CV3078 |
| | ) | |
| Plaintiffs, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| BOBBY GROVE, ANNETT HOLDINGS, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the findings and recommendation filed on July 29, 2014 (filing 43) by Magistrate Judge Cheryl R. Zwart, who recommends that Plaintiffs' claims be dismissed for want of prosecution without further notice. No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted. Accordingly,

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing 43) are adopted.

2. This action is dismissed without prejudice.

3. Judgment shall be entered by separate document.

August 18, 2014.                                BY THE COURT:

                                                *Richard G. Kopf*
                                                Senior United States District Judge