IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN DERR, JEFF DERR, | ) | 4:13CV3078 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| BOBBY GROVE, ANNETT HOLDINGS, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant the court's Memorandum and Order filed this date,

JUDGMENT IS ENTERED providing that this action is dismissed without prejudice.

August 18, 2014.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge